IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER VEGA | § | No. |
|     Plaintiff, | § | |
| | § | |
| vs. | § | REMOVAL FROM |
| | § | HARRIS COUNTY |
| GATEWAY FIRST BANK | § | 152nd JUDICIAL DISTRICT COURT |
| D/B/A GATEWAY MORTGAGE | § | CAUSE NO. 2022-39159 |
|     Defendant. | § | |

**DEFENDANT GATEWAY MORTGAGE's**
**INDEX OF ALL DOCUMENTS FILED**

A. Index of All Documents Filed.

B. State Court Docket Sheet.

C. Plaintiff's Original Petition and Verified Application for Temporary Restraining Order and Permanent Injunction

D. Exhibit A

E. Proposed Temporary Restraining Order

F. Clerk's Certificate of Cash Deposit

G. Temporary Restraining Order

H. State Court Citation Request

Date: June 30, 2022

Respectfully Submitted,

MICHAEL J. SCHROEDER, P.C.

/s/ Michael J. Schroeder
Michael J. Schroeder
State Bar No. 17817380
Email: mike@lawmjs.com
3610 North Josey Lane, Suite 206
Carrollton, TX 75007
Telephone: (972) 394-3086
Facsimile: (972) 394-1263
ATTORNEYS FOR GATEWAY MORTGAGE,
A DIVISION OF GATEWAY FIRST BANK

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served on all counsel of record on June 30, 2022.

*/s/ Michael J. Schroeder*
Michael J. Schroeder